UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOLIVETTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN MATEO,<br><br>　　　　Defendant. | Case No. 25-cv-01066-JSC<br><br>**ORDER OF DISMISSAL** |

On February 3, 2025, Petitioner, a California prisoner who is proceeding without representation by an attorney, filed this petition for a "writ of mandate / prohibition / injunction," naming San Mateo County Superior Court as the respondent. (ECF No. 1.) On the same day, the Clerk notified Petitioner he had not paid the filing fee or filed an application to proceed in forma pauperis ("IFP"). (ECF No. 4.) The notice directed Petitioner to correct this deficiency. (*Id.*) Along with the notice, the Clerk mailed Petitioner the Court's IFP application, as well as a stamped return envelope and instructions for completing the application. The notice informed Petitioner that if he did not respond within 28 days, the case would be dismissed. (*Id.*) More than 28 days have passed, and no response has been received. As Petitioner has not paid the filing fee, completed his IFP application, requested an extension of time to do so, or shown cause why not, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: April 22, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge